IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTOINE L. WILKINS           :
    Plaintiff                :
                             :
V.                           :
                             :   Case Number: 1:06-cv-384
THE DISTRICT OF COLUMBIA     :
    Defendant                :
_____:

**AFFIDAVIT OF SERVICE**
SERVICE UPON DISTRICT OF COLUMBIA.

**Pursuant to FRCP 4**, I certify that I served the Attorney General of the District of Columbia by delivering a copy of the summons and of the complaint, filed on March 3, 2006, in the manner prescribed by the law of the District of Columbia for the service of summons or other like process.

    District of Columbia Official served:    Attorney General Robert J. Spagnoletti,

**Date of Service:**    March 20, 2006

**Street Address City State Zip Code:**    1350 Pennsylvania Avenue, NW, Suite 407, Washington, D.C. 20004.

Service was made by certified mail, restricted delivery, return receipt requested. The **original** return receipt signed is attached.

I certify that I am over eighteen (18) years of age and I am not the Plaintiff or the Defendant.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Date:   March 24, 2006

_____

Lawrence B. Manley , Esq., Bar# :379702
The Law Office of Lawrence B. Manley
2026 32nd Street, S.E.
Washington, D.C. 20020
Counsel for Plaintiff
(202) 582-1935