**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
Robert J. Spagnoletti
1350 Pennsylvania Ave NW
Suite 407
Washington DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 3-20-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0005 1785 4756

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540