IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINE L. WILKINS | : | |
|     Plaintiff | : | |
| | : | |
| V. | : | |
| | : | Case Number: 1:06-cv-384 |
| THE DISTRICT OF COLUMBIA | : | |
|     Defendant | : | |
| _____ | : | |

**PLAINTIFF ANTOINE L. WILKINS' MOTION FOR JUDGMENT BY DEFAULT FOR FAILURE TO ANSWER COMPLAINT**

NOW COMES Antoine L, Wilkins, Plaintiff, by and through his undersigned attorney, and pursuant to **FRCP** Rule 55(b)(2)[1], files this Motion to respectfully request that the Court enter a judgment by default against theDefendant District of Columbia, and in support thereof states:

1. The plaintiff filed on March 3, 2006 his complaint for damages for violations and cause of action under 42 U.S.C. 1983 for violation of rights protected by the United States Constitution or created by federal statute, proximately caused by conduct of a ' person' acting under color of state law. *See*, Document Number 1 (COMPLAINT against DISTRICT OF

---

[1] (2) By the Court. In all other cases the party entitled to a judgment by default shall apply to the court therefor; but no judgment by default shall be entered against an infant or incompetent person unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein. If the party against whom judgment by default is sought has appeared in the action, the party (or, if appearing by representative, the party's representative) shall be served with written notice of the application for judgment at least 3 days prior to the hearing on such application. If, in order to enable the court to enter judgment or to carry it into effect, it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence or to make an investigation of any other matter, the court may conduct such hearings or order such references as it deems necessary and proper and shall accord a right of trial by jury to the parties when and as required by any statute of the United States.

COLUMBIA (Filing fee $ 250) filed by ANTOINE L. WILKINS)

    2.    On March 20, 2006, the plaintiff served the Attorney General of the District of Columbia, Robert J. Spagnoletti, by delivering a copy of the summons and of the complaint by certified mail, restricted delivery, return receipt requested. See, Document Number Two (RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General March 20, 2006. (Attachments: # (1) Exhibit Certificate of service# (2) Exhibit Certificate of service)(Manley, Lawrence).

    3.    The Defendant, District of Columbia, has failed to answer the complaint, pursuant to FRCP 12(a).

**WHEREFOR**E, Plaintiff, Antoine L. Wilkins respectfully requests that the Court enter a Judgment by Default against the Defendant. In addition, the plaintiff requests this Court award the reasonable expenses, including attorneys' fees for drafting this Motion, caused by the failure of the Defendant to answer the complaint. A draft Order is attached.

_____
Lawrence B. Manley, Esq. Bar # 379702
2026 32nd Street, SE
Washington, DC 20020
(202) 582-1935

## CERTIFICATE OF SERVICE

      Copies of the foregoing motion was mailed, first class, postage prepaid this 12th day of December, 2006 to:


Attorney General  Robert J. Spagnoletti
1350 Pennsylvania Avenue, NW
Suite 407
Washington, D.C. 20004.



_____
Lawrence B. Manley, Esq.