IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE L. WILKINS : | |
|     Plaintiff : | |
| : | |
| V. : | |
| : | Case Number: 1:06-cv-384 |
| THE DISTRICT OF COLUMBIA : | |
|     Defendant : | |
| _____: | |

### ORDER

Having considered Plaintiff Antoine L. Wilkins' Motion for default Judgment against the District of Columbia for Failure to Answer the complaint it is this _____ day of \_\_\_\_, 2006, hereby;

ORDERED, that Plaintiff's Motion be and hereby is GRANTED; and it is further

ORDERED, that judgment by default against the Defendant District of Columbia, be and hereby is ENTERED, it is further

ORDERED, that the Defendant District of Columbia pay reasonable expenses, including attorneys' fees, in the amount of $ _____ no later than the \_\_\_\_ day of \_\_\_\_, 2006.

_____

Judge, United States District Court
For the District of Columbia ns' Motion for default Judgment