UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE L. WILKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>  Defendant. | Civil Action 06-00384<br>(HHK) |

## ORDER

Before the court is plaintiff's motion for default judgment [#3]. Plaintiff's complaint, however, has not been properly served, as defendant's opposition makes apparent. Accordingly, it is this 8th day of January, 2007, hereby

**ORDERED** that the motion for default judgment is **DENIED**; and it is further

**ORDERED** that plaintiff properly effect service of process on or before February 7, 2007. If he does not do so, the court may dismiss the complaint.

                                                                              Henry H. Kennedy, Jr.
                                                                              United States District Judge