# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTOINE L. WILKINS             :
135 P Street, NW               :
Washington, D.C. 20001      :

       Plaintiff            :

                            :

V.                            :

                            :     Case Number: 1:06-cv-384

DISTRICT OF COLUMBIA- The Mayor  :     (HHK)
Serve: Gladys Herring         :
Attn: Office of Corporation Counsel
Counsel General Litigation Section
441 4th Street, NW, Suite 1060N   :
Washington, D.C. 20001      :

                            :

Serve: Darling Fields         :
Attn: Office of Corporation Counsel  :
Counsel General Litigation Section   :
441 4th Street, NW, Suite 1060N   :
Washington, D.C. 20001      :

                            :

Serve Phillip A. Lattimore, III    :
Chief, General Litigation Section III  :
Civil Litigation Division       :
Office of Attorney General     :
1350 Pennsylvania Avenue, NW  :
Suite 407
Washington, D.C. 20004      :

                            :

       Defendant          :

**RECEIVED**

FEB 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE
### SERVICE UPON DISTRICT OF COLUMBIA.

I, Lawrence B. Manley, being an Attorney duly admitted to the bar of the District of

Columbia, hereby affirm that I served the District of Columbia by mailing a copy of the summons

1

and of the complaint and Court Orders by certified mail, postage prepaid, return receipt

requested, signed and dated, January 29, 2007. The **original** return receipt received from the

following persons are attached:

DISTRICT OF COLUMBIA- The Mayor
Serve: Gladys Herring
Attn: Office of Corporation Counsel
Counsel General Litigation Section
441 4th Street, NW, Suite 1060N
Washington, D.C. 20001

Serve: Darling Fields
Attn: Office of Corporation Counsel
Counsel General Litigation Section
441 4th Street, NW, Suite 1060N
Washington, D.C. 20001

Serve Phillip A. Lattimore, III
Chief, General Litigation Section III
Civil Litigation Division
Office of Attorney General
441 4th Street, NW, Suite 6S065
Washington, D.C. 20001

I certify that I am over eighteen (18) years of age and I am not the Plaintiff or the
Defendant.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true to the best of my knowledge, information, and belief.

Date: February 1, 2007

Lawrence B. Manley , Esq., Bar# :379702
The Law Office of Patrick Henry, LLP
5900 Princess Garden Parkway, Suite 640
Lanham, MD. 20706
Counsel for Plaintiff
(240) 296-3488
fax (240) 296-3487
lmanley@patrickhenry.net

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Smith_
☑ Agent
☐ Addressee

B. Received by ( Printed Name)
DC Gov't
C. Date of Delivery
1-29-2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

District of Columbia
Darling fields
office of Corporation
Counsel General Litigation Section
441 4th Street NW, Suite 1060N
Washington, DC 20001

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Smith_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
DC Gov't 1-29-2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Phillip A. Lattimore III
Chief, General Litigation Sec
Civil Litigation Division
Office of Attorney General
441 4th St. NW, Suite 1060N
Wash, DC 20001

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Smith_
☑ Agent
☐ Addressee

B. Received by ( Printed Name)
DC Gov't 1-29-200
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

District of Columbia - Mayor
Gladys Herring
office Corp. Counsel
General Litigation Sec.
441 4th St. NW, 1060N
Washington, DC
20001

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154