UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-384 (HK) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO ENLARGE THE TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

The defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court to enlarge the time in which to respond to plaintiff's complaint. Plaintiff filed suit on March 3, 2006, alleging that because of the District's negligence and "deliberate indifference," he was stabbed repeatedly by another inmate while incarcerated at the D.C. Detention Facility. The defendant District of Columbia, however, will require an additional twenty (30) days, or until March 19, 2007, in which to file its response to plaintiff's complaint.

A memorandum of points and authorities in support of this motion with a proposed order are attached hereto.

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Acting Attorney General for the
                                            District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General, Civil Litigation Division

    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

    GEORGE E. RICKMAN [433298]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 442-9840; (202) 727-6295

<u>Local Rule 7 (m) Certification</u>

I hereby certify that on February 16, 2007, the undersigned made efforts to contact Lawrence Manley, Esq., in an effort to obtain his consent to the relief sought herein. The undersigned was unable to reach Mr. Manley and this motion should therefore be treated as opposed.

    GEORGE E. RICKMAN
    Assistant Attorney General, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-384 (HK) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE DEFENDANT DISTRICT OF COLUMBIA'S
MOTION TO ENLARGE THE TIME IN WHICH TO
<u>FILE ITS RESPONSE</u>

1.      Plaintiff filed this complaint on March 3, 2006. After initially failing to properly effect service, plaintiff moved for, and the court granted, an extension of time until February 7, 2007, by which plaintiff had to properly effect service of process.  In his affidavit of service, plaintiff indicates that the District was served on January 29, 2007, thereby requiring a response from the District on or before February 20, 2007.

2.      This defendant is unable to complete its response to plaintiff's complaint because it has been unable to obtain all information necessary to assess any available defenses to all or part of the claims.  Further, the press of other business has precluded the undersigned from fully preparing a meaningful response on behalf of the defendant to plaintiff's allegations. The District therefore requests an additional thirty (30) days, or until March 19, 2007, in which to file its response.

3.      Under Fed. R. Civ. P. 6(b)(1):

"…by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by previous order…"

4. This motion is being made prior to the time prescribed for filing a response to a complaint.

5. No party will suffer undue prejudice should the Court grant the relief herein sought.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

    _____
    PATRICIA A. JONES #428132
    Chief, General Litigation Section IV
    Civil Litigation Division

    _____
    GEORGE E. RICKMAN #433298
    Assistant Attorney General, D.C.
    General Litigation Section IV
    Civil Litigation Division
    441 Fourth Street, Sixth Floor South
    Washington, D.C. 20001
    202-442-9840; 202-727-6295

Case 1:06-cv-00384-HHK-DAR    Document 7    Filed 02/20/2007    Page 5 of 5