UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE WILKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civil Action No. 06-384 (HK) |

ORDER

Upon consideration of the defendant District of Columbia's motion to enlarge the time in which to respond to plaintiff's complaint, any opposition thereto, any reply, the facts, the law and the record herein, .it is this _____ day of _____ 2007, and it is,

**ORDERED**: that the defendant District of Columbia's motion to enlarge the time in which to respond to plaintiff's complaint is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the defendant District of Columbia shall respond to plaintiff's complaint on or before March 19, 2007.

HENRY KENNEDY
United States District Court Judge