IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINE WILKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 06-384 | |
| | )           (HHK) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**PARTIES JOINT MOTION TO EXTEND DISCOVERY**

The parties, by and through their counsel, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure Rule 6(b)(2), after the deadline for completion of discovery, to amend the Scheduling Order and to extend completion dates by up to 45 days. The parties need additional time to complete discovery and depositions. The extension would help to allow additional time for both parties to review the information and prepare for depositions. Counsel for both parties consent to the motion and file the same as a joint motion. The current and proposed schedules are as follows:

| | **Event** | **Event Current Date** | **Proposed New Date** |
|---|---|---|---|
| 1. | Discovery completed | October 31, 2007 | December 17, 2007 |
| 2 | Dispositive Motions | November 30, 2007 | January 17, 2008 |
| 3 | Oppositions | December 14, 2007 | March 4, 2008 |
| 4 | Replies: | December 21, 2007 | March 12, 2008 |
| 5 | Status Conference | December 14, 2007 | March 4, 2008 |
| 6 | Plaintiff Expert Report | August 31, 2007 | December 17, 2007 |
| 7 | Defendant Expert Report | September 31, 2007 | January 17, 2008 |

This is the parties' first request for an extension of this schedule. This motion is made in good faith and not for purposes of causing any undue delay. Counsel for defendant is working diligently preparing its response to plaintiffs' discovery.

WHEREFORE, based on the foregoing, the parties respectfully request that the briefing schedule be extended by 45 days as reflected above. The parties respectfully request that the schedule be extended. A draft order is attached.

Dated: November 2, 2007

Respectfully submitted,

/s/_____

Lawrence B. Manley, Esq.
D.C. Bar # 379702
5900 Princess Garden Parkway, Suite 640
Lanham, Md. 20706
Telephone:    240 296-3488
Fax:          240-298-3487
Counsel for Plaintiff


Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

/s/ Phillip A. Lattimore, III_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III
Civil Litigation Division

/s/ George E. Rickman
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section III
Civil Litigation Division
441 Fourth Street, Sixth Floor South
Washington, D.C.  20001
202-442-9840; 202-727-6295