# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE WILKINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-384 |
| | )     (HHK) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant. | ) |

## ORDER TO EXTEND SCHEDULE

This matter having come before the Court on the parties' joint motion to modify the Schedule, it is hereby;

**ORDERED**, that the deadlines are hereby MODIFIED as follows:

| | |
|---|---|
| Discovery completed | December 17, 2007 |
| Dispositive Motions Due | January 17, 2008 |
| Oppositions Due | March 4, 2008 |
| Replies Due | March 12, 2008 |
| Plaintiff Expert Report | December 17, 2007 |
| Defendant Expert Report | January 17, 2008, and it is further, |

**ORDERED,** that a pretrial conference shall be scheduled to occur approximately 15 days after the Court has ruled on post-discovery dispositive motions.

ENTERED this _____ day of _____, 2007.

_____
HENRY H. KENNEDY
United States District Judge