THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-384 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| GOVERNMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PRAECIPE OF WITHDRAWAL AND ENTRY OF APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of George E. Rickman, and enter the appearance of C. Vaughn Adams, Assistant Attorney General, as attorney for the District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Section IV

  /s/ C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W., 6S-066
Washington, D.C. 20001
(202) 724-6519; (202)727-6295
(202) 727-3625 (fax)
corliss.adams@dc.gov