## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANTOINE WILKINS,

        Plaintiff

v.                                                  Civil Action No. 1:06cv00384 HHK

DISTRICT OF COLUMBIA,

        Defendant

## ENTRY OF APPEARANCE

Please enter the appearance of Donald M. Temple and Edward J. Connor as counsel for the Plaintiff, Antoine Wilkins in the above-captioned matter.

                                      Respectfully submitted,

_____/s/_____                     _____/s/_____
Donald M. Temple, #408749            Edward J. Connor #321505
1229 15th Street, NW                     5210 Auth Raod, #304
Washington, DC 20005                  Camp Springs, MD 20746
(202) 628-1101                              (301) 899-7801

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing was electronically served, this 28th day of March, 2008, to: Lawrence B. Manley, Esquire, 2026 32nd Street, SE, Washington, DC 20026, and to Corliss Vaugn Adams, Esquire, 441 4th Street, NW, Room 600S, Washington, DC 20004.

                                    _____
                                      Donald M. Temple #408749