**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| **ANTOINE WILKINS,** | : |
| | : |
| **Plaintiff,** | : |
| | : **Civil Action No. 1;06cv00384 HHK** |
| **vs.** | : |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| | : |
| **Defendant** | : |
| | : |
| _____ | : |

<u>**PRAECIPE OF APPEARANCE**</u>

WILL THE CLERK OF COURT please enter the appearance of Donald M. Temple, Esq. as

co-counsel for plaintiff in the above-captioned case.

Respectfully submitted,

/Donald M. Temple/
Donald M. Temple, Esq.
Bar No. 408749
1229 15th Street NW
Washington, D.C. 20005
202 628-1101
202-628-1149

CO- COUNSEL

Edward J. Connor, Esq.
Bar No. 321505
5210 Auth Road #304
Camp Springs, MD 20746
(301) 899-7801