IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE WILKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-384 ) (HHK) |
| THE DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) |

### MOTION TO WITHDRAW APPEARANCE

Lawrence B. Manley, Esq.,, moves for an Order withdrawing his appearance as counsel for Plaintiff Antoine Wilkins. Attached is a copy of the written Consent of Antoine Wilkins.

Donald Temple as entered his appearance as counsel for Plaintiff Antoine Wilkins

Respectfully Submitted,

Lawrence B. Manley, Esq.
5900 Princess Garden Parkway
Suite 640
Lanham, Maryland 20706
(240) 296-3488

### CERTIFICATE OF SERVICE

A copy of the foregoing Motion to withdraw was served this 3rd day of April 2008, by electronic notice to: Donald Temple, counsel for Plaintiff Antoine Wilkins and Mr. Vaugn Adams, Counsel for the District of Columbia.

Lawrence B. Manley