March 25, 2008

Lawrence B. Manley, Esquire
2026 32nd Street, SE
Washington, DC 20026

Dear Mr. Manley:

You are hereby discharged as my attorney for my case against the District of Columbia, currently pending in the United States District Court for the District of Columbia.

Please take no further action on my case, and please send a complete copy of my file, along with any proposal for your attorney's fee, to my new attorney:

        Donald M. Temple
        1229 15th Street, NW
        Washington, DC 20005
        (202) 628-1101

Sincerely yours,

Antoine L. Wilkins