IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE WILKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-384 |
| | )          (HHK) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to Lawrence B. Manley's, request for an Order withdrawing his appearance as counsel for Plaintiff Antoine Wilkins, and the written Consent of Antoine Wilkins, it is hereby

**ORDERED** that the appearance of Lawrence B. Manley be and is hereby withdrawn

ENTERED this _____ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Judge