THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **ANTOINE WILKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-384 (HHK) |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND
TO EXTEND DISCOVERY

Defendants District of Columbia, through counsel and pursuant to Fed. R. Civ. P. 6(b) and 37(a), respectfully move this Court to compel plaintiff's responses to defendants' discovery requests, with an award of appropriate sanctions, and for an associated extension of discovery. Defendants file this motion only after exhausting all attempts to obtain the requested discovery without judicial intervention.

A memorandum of points and authorities in support of this motion is attached hereto and incorporated by reference.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/Patricia A. Jones
PATRICIA A. JONES [428132]

>Chief, General Litigation Sec. IV
>
>          */s/C. Vaughn Adams*
>C. VAUGHN ADAMS [449770]
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6519; (202) 727-6295
>(202) 727-3625 (fax)
>E-mail:  corliss.adams@dc.gov
>
>Attorneys for the District of Columbia

### RULE 37 AND LOCAL RULE 7(m) CERTIFICATE

Undersigned counsel has in good faith conferred and attempted to confer with plaintiff in an effort to obtain the plaintiff's production of the requested discovery without court action. The undersigned has sent emails and had several phone and in person conversations with both prior and current counsel for Plaintiff. Defendant sent correspondence to plaintiff, requesting such production, dated March 25, 2008, and April 7, 2008.  (Exhs. C & D).

>          /s/ C. Vaughn Adams /s/
>C. VAUGHN ADAMS
>Assistant Attorney General

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ANTOINE WILKINS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No: 06-384 (HHK) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND TO EXTEND
DISCOVERY

I.  BACKGROUND

Plaintiff brings this action under 42 U.S.C. § 1983, alleging that the District of Columbia Department of Corrections failed to adequate protect him when he was stabbed in the D.C. Jail on June 14, 2005. Plaintiff alleges that the negligence of the District of Columbia was a violation of his Constitutional rights.

In the present motion, defendants seek an order compelling the plaintiff to respond fully to defendants' discovery requests, served on plaintiff on February 22, 2008 (Exh. A) and to appear at his deposition pursuant to the Notice of Deposition served upon Plaintiff's counsel on March 13, 2008 (Exh. B). On March 25, 2008, Defendant wrote to Plaintiff's prior counsel, Lawrence Manley, requesting a new date for Plaintiff's deposition and responses to defendant's discovery requests. (Exh. C). On April 3, 2008, Attorney Manley moved to withdraw his appearance on behalf of the Plaintiff. (Docket 19). Plaintiff had retained new counsel by that time, Donald Temple, Esq. (Docket 17). On April 7, 2008, counsel for the Defendants called and

wrote to Mr. Temple requesting dates for Plaintiff to appear at his deposition and that he respond to discovery by April 17, 2008. (Exh. D). Despite assurances that discovery would be forthcoming or that dates would be provided, none were given.

Discovery is currently scheduled to close in this case on May 9, 2008 and Defendant has received no discovery responses from the Plaintiff. Dispositive motions are currently due June 20, 2008, with oppositions due July 18, 2008, replies due August 4, 2008. A Status Conference is set for December 5, 2008.

## II.   ARGUMENT

Under Fed. R. Civ. P. 37(a)(2)(B), a discovering party may move for an order compelling discovery where a party fails to answer an interrogatory. The motion must certify that the movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action. For the purposes of Rule 37(a), an "evasive or incomplete" answer is treated as a failure to answer. Fed. R. Civ. P. 37(a)(3). If the motion to compel is granted or the discovery is provided after the motion is filed, the Court may, in appropriate circumstances, award sanctions, including reasonable attorneys' fees. Fed. R. Civ. P. 37(a)(4)(A). Similarly, under Fed. R. Civ. P. 37(d), if a party "…(1) fails to appear before the officer who is to take the deposition, after being served with proper notice…", this Court "...may make such orders in regard to the failure as are just…."

As shown below, defendant is entitled to an order compelling plaintiff's discovery responses, his appearance at his depositions and an award of appropriate sanctions. Despite defendants' multiple pleas, plaintiff has refused to provide signed answers, under oath, to defendants' interrogatories in violation of Rule 33 and responses to requests for production of

2

documents. Plaintiff has also failed to appear at his properly noticed deposition and provide dates of availability for deposition.

    A.    <u>Plaintiff Has Not Responded To Written Discovery As Required By Rules 33 and 34</u>.

Plaintiff has not responded the defendants' interrogatories and requests for production of documents within the 30 day time frame, nor has he moved for protection. Accordingly, plaintiff is in violation of the Federal Rules, and this motion should be granted to compel answers and responses without objections.

    B.  <u>Plaintiff Failed to Appear at his Properly Noticed Deposition as Required by Rule 30.</u>

Plaintiff's Deposition was Noticed for March 25, 2008 with a Notice of Deposition served March 13, 2008. (Exh. B ). Plaintiff did not appear at that deposition and has not provided defendant's counsel with any substitute dates for his availability. Plaintiff filed no motion for protection from this deposition notice. Accordingly, plaintiff is in violation of the Federal Rules, and this motion should be granted to compel his appearance at deposition forthwith at a time and place convenient to the Defendant.

III.    CONCLUSION

For the foregoing reasons, defendants respectfully request an order compelling plaintiff to respond completely to defendants' discovery requests, appear for his deposition and awarding defendants' appropriate sanctions, including attorneys' fees. So that defendants may conduct additional discovery based on plaintiff's complete answers to interrogatories, defendants also request an extension of discovery, consistent with the proposed order attached hereto.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    /s/C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  corliss.adams@dc.gov

Attorneys for the District of Columbia

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ANTOINE WILKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.        ) | Civil Action No: 06-384 (HHK) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

ORDER

Upon consideration of defendants' motion to compel discovery responses and to extend discovery, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED, that defendants' motion to compel plaintiff's discovery responses and to extend discovery is hereby GRANTED; and it is,

FURTHER ORDERED, that plaintiff shall completely respond to defendants' discovery requests no later than May 15, 2008; and it is,

FURTHER ORDERED, that plaintiff shall appear for his deposition at the Office of the Attorney General for the District of Columbia at a time and date agreeable to that office, no later than June 9, 2008; and it is,

FURTHER ORDERED, that sanctions, including attorneys' fees, are awarded to the District of Columbia in the amount of $_____, to be paid by plaintiff no later than June 9, 2008.

FURTHER ORDERED, that plaintiff's failure to comply with any terms of this Order shall be grounds for dismissal of the plaintiff's complaint; and it is,

FURTHER ORDERED, that discovery in this case is extended through and including July 9, 2008.  Dispositive motions are now due August11, 2008, with oppositions due on September 10, 2008.

 

Henry H. Kennedy
UNITED STATES DISTRICT JUDGE