THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-384 (HHK) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S INTERROGATORIES AND REQUEST FOR
PRODUCTION OF DOCUMENTS**

TO: Antoine Wilkins

These interrogatories and requests for production of documents are directed to the party or parties identified above. Each party so identified is directed to answer each Interrogatory separately, and under oath. <u>Your answers must include knowledge or information in the possession of your agents, representatives and attorneys.</u> Where information provided is not within the your personal knowledge, your response may indicate that the information is being provided upon information and belief. A copy of your answers to these interrogatories and any documents or items requested <u>must be served</u> on the attorney for the District of Columbia and/or other defendants as specified, <u>within thirty (30) days after service hereof.</u>

a. These Interrogatories and requests are continuing in character, so as to require the filing of supplemental answers and documents if further or different information or documents are obtained prior to trial.

b. The term "person" includes individuals, corporations and other entities. Where the name or identity of a person is requested, please state full name, home address, business address and telephone number. When answer is made by a corporation or other legal entity, state the name, address and title of the person supplying the information, and making the affidavit, and the source of his information.

c. Unless otherwise indicated, these Interrogatories and requests refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleading.

d. If you cannot answer fully after conducting a reasonable investigation, please so state and answer to the extent that you can, stating what information you do have and the efforts you made to obtain the further information.

## INTERROGATORIES

1. Identify all persons providing information for the response to these interrogatories.

2. If you have ever changed your name or been known by any other name or surname, describe the circumstances in detail (e.g. provide the name(s) and when, where and for what purpose the name(s) was used).

3. If you are making a claim for lost wages, please describe in detail all employment or income producing activity you have engaged in within the last five years (e.g. the type of work and identity of the firm or person you worked for, your salary or earnings, the identity of your supervisor, the date when you first began each such employment or activity and the date and reason that each such employment or activity was terminated).

4. If you are making a claim for loss of wages or other income (including future

2

earnings and/or earning capacity) as a result of the occurrence referred to in the complaint: a) state the amount claimed and how that amount was calculated or arrived at, including the dates or periods to which the claim pertains; b) provide copies of any documents relating to said claim, including all documents relating to any personal income producing activity for the last five years; c) attach a signed authorization for all employment records, naming each employer on each applicable authorization and signing each authorization; and, d) provide copies of all federal, D.C., state or local income tax returns you filed for the two years preceding the incident, the year of the incident and any years subsequent thereto. If you filed such income tax returns and cannot obtain copies, provide signed authorizations to obtain such returns. (forms attached.)

5. Itemize with particularity the out-of-pocket expenses or special damages incurred by you as a result of the alleged incident.

6. If you suffered any injury as a result of the incident referred to in the complaint, describe fully the injury(s) and its effect upon you (e.g. the parts of the body affected, the nature and duration of the injury and any pain and how the severity of the injury varied over time).

7. If you are claiming that any such injuries are permanent, give complete details (e.g., the nature of said permanency and the disability claimed to result therefrom; the physical activities you are now prevented from performing as the result of said injuries and which injury limits each of the referred to physical activities; and the name, address and telephone number of the person or persons you intend to rely upon to support the allegations of permanency). Provide copies of all documents which relate to the injury and your claim of permanency.

8. If X-rays were taken of you subsequent to the injuries complained of, attach a copy of each such X-ray or identify the custodian of such X-ray and, if the parts of your body

which were X-rayed had previously been X-rayed, state when, the condition revealed and identify the custodian of each such X-ray.

9. If, as the result of the injuries referred to in interrogatories numbered 6 and 7, you sought or obtained medical, physical, dental, psychological or psychiatric care, or any nursing services or domestic assistance, or attention of any kind (hereinafter "treatment"), identify each medical provider or other person from whom such treatment was sought or obtained and describe it in detail (e.g. the dates upon which it was sought or provided, what it consisted of and the results of the treatment).

10. Provide copies of all documents in your possession, or to which you or your attorneys have access, which relate to any medical or other treatment, care, services or attention you received or sought as a result of the incident complained of, including medical and hospital records, reports and statements of money paid or owed as a result of said treatment or medication.

11. For each medical provider, custodian, or other person identified in response to interrogatories numbered 8 and 9, provide a signed authorization in the form attached which will allow the undersigned to obtain copies of all records pertaining to medical or other treatment, care, attention or services you sought or received as a result of the incident complained of. Please specify the applicable medical provider or other person on each authorization and execute each authorization.

12. Have you ever claimed compensation or received benefits for any injury or loss for which you seek damages herein from any source other than the present defendant herein, e.g. insurance, workmen's compensation, Medicaid, Medicare, etc.? If so, identify all such sources

and explain each claim in detail (e.g. what was claimed, the status and/or results of the claim, (including the title and identity of any parties involved in any proceedings had thereon), the dates and places at which such proceedings were commenced and terminated and the results thereof, including any amounts paid).

13. If you have ever been physically or mentally ill or suffered any other physical disability or injury prior to or subsequent to the date of the occurrence mentioned in the complaint, describe each illness, disability or injury in detail (e.g., the nature of the illness, disability or injury and the date or dates during which such illness, disability or injury existed; the circumstances surrounding the occurrence of such illness, disability or injury; the names, addresses and telephone numbers of all doctors, surgeons, psychiatrists, chiropractors, optometrists, dentists or podiatrists who may have seen, examined or treated you for such illness, disability or injury; and, if x-rays were taken of any portion of your body, which have not been the subject of answers to other interrogatories of this set, state the date when said x-rays were taken and the names and addresses of the persons or institutions conducting said x-ray examination).

14. Please state the result and circumstances of your last complete physical and dental examinations prior to the incident in question (e.g., the identity of the physician and dentist by whom they were performed; the dates on which they were performed; the places at which they were performed; and the results of said examinations as described to you).

15. If, during the period beginning two years prior to the incident complained of to present, you submitted any application for employment, health or life insurance, describe all circumstances of each (e.g. the identity of the person, organization, firm or agency to which the

application was submitted and the date, or approximate date upon which the application was submitted). Attach copies of any such applications to your responses to these interrogatories.

16. Aside from the specific claims asserted in this lawsuit, describe completely any claim or lawsuit, including claims for worker's compensation or other benefits, you have ever made or filed, or which was made or filed on your behalf, whether or not arising out of personal injury (e.g. the nature and amount of the claim: the identity(s) of the party(s) against whom the claim was made; the year, month (and day, if available) of the claim; if a lawsuit, the court and caption; and, the disposition of the claim). Provide copies of all documents relating to such claims or lawsuits.

17. If you consumed any alcoholic beverages and/or drugs (including medications, Prescriptions, and illegal drugs) during the twenty-four (24) hour period preceding the occurrence described in the complaint, please state all details of such consumption (e.g., the type of beverage and/or drug(s); the quantity consumed; the time or times each type of beverage or drug was consumed); and the identities of any persons who could corroborate your response.

18. If you have ever been arrested, detained and/or convicted or adjudicated for the alleged commission of a felony, crime, offense or misdemeanor (including juvenile offenses), please state all the details of such incident (e.g., the time, date and location of each such arrest or detention; the specific charges for which you were arrested or detained on each such occasion; the court action number and the particular court where the action was filed; the particular charges which were the subject of each such court action; and the disposition of each).

19. Have any experts been consulted with respect to this action? If so, state the names and addresses of each such expert, and whether you intend to call the expert as a witness at trial,

and state the subject matter of their testimony, the substance of the facts and opinions to which they are expected to testify and a summary of the grounds of each such opinion. Provide copies of each expert's curriculum vitae, any reports prepared by said expert, any items reviewed by said expert and any correspondence between said expert and you or your attorneys.

20. Identify all persons who have knowledge or possess information regarding the matters complained of, including your claims for damages and indicate which of those persons witnessed the occurrence complained of. To the extent not identified in response to the previous inquiry, identify all persons upon whom you rely, or may rely, to support your allegations and state briefly those matters regarding which each may testify.

21. To the extent not identified in your answers to other interrogatories of this set, identify and describe with particularity each document, photograph, plat, diagram, audio tape, video tape, or other tangible object in your possession or the possession of your attorneys or agents (or if not in your possession which you know to exist or have existed) which in any way pertains to the allegations of your complaint, including the allegations concerning damages (e.g. provide a brief description, date, title and author or preparer, if applicable, and state who presently has custody thereof). Provide any such documents, photographs, plats, diagrams, audiotape, videotape or other objects for inspection and copying with your answers.

22. State in your own words exactly and in detail how the incident occurred (e.g. your observations of the physical movements of each person or object involved, what each person said and to whom each statement was made (if you do not recall exact wording, state the content of such statement), the exact wording or content of all statements made by yourself, and the identity of the person to whom said statements were made, your physical movements and the time that

each of the above actions and/or statements occurred).

23.  Did you prepare, write, sign or otherwise participate in the preparation of a written or recorded statement describing the circumstances of these events or the extent of the injuries which you claim to have suffered? If the answer is yes, identify the date of the statement and to whom it was given. Please provide each such statement with your answers to these interrogatories for inspection and copying. If you do not possess a copy of the statement, identify who has possession of the statement.

24.  Do you possess or are you aware of the existence of any written or recorded statements (mechanical, electrical, stenographic, court transcripts or other), or a substantially verbatim account of the substance of an interview, made or given by any person with knowledge of the occurrence in question? Is the answer is yes, state in your answer the time and location of each statement, the identity of the person who made such statement, the identity of the person(s) to whom said statement was made, and, describe the circumstances under which each statement was made. Provide a copy of each statement with your response.  .

25.  To the extent not described in your answers to other interrogatories, state the actual wording or substance of all oral statements made by any defendant represented by the undersigned counsel or any employee or agent of the District of Columbia concerning the events alleged in the complaint, including in your answer the time and location of such statement, the identity of the person who made each such statement, the identity of the person(s) to whom each said statement was made, and, describe the circumstances under which each such statement was made.

26.  State specifically the length of time you have been confined within the District of

Columbia Department of Corrections. For the entire period of your confinement state the following: a) The number of disciplinary reports that have been issued to you; b) The number of administrative remedy procedure requests you have filed; c) The number of inmate on inmate and inmate on officer assaults in which you have been implicated; d) The number of incidents in which you claim you have been assaulted by prison officers; and, e) The number of housing hearings that you have had, if any.

27. Please describe all occasions for the week preceding the alleged incident when you had any contact with the inmates who allegedly assaulted you. (Your answer should include but not be limited to the date when you had the contact; a description of any conversation that took place between you, the date of said conversation(s) and the identity of all present when the conversation occurred).

28. During the last twenty-four months have you been involved in any altercations, misunderstandings or arguments with other inmates or staff? If so, please provide the following information for each incident: a) Date; b) Time; c) Place; d) Reason for altercation; e) Names of inmates or staff involved; and, f) Discipline received, if any.

29. Have you at any time during the last two years made requests to be placed in protective custody because of threats to your person or on your life? If so, please provide the following for each such request: a) Date; b) Reason for request; and, c) Period of confinement.

30. Have you at any time during the last two years made a request to be separated from any inmate(s), or claimed mistreatment by staff? If so, provide the following for each request: a) Date; b) Reason for request; and, c) Inmate or staff member involved.

31. Do you contend that the District of Columbia or any of its employees breached a

standard of care owed to plaintiff based on any policy, custom, practice, procedure, guideline, rule, regulation, law, statute, or other source? If the answer is yes, identify and describe each such policy, custom, practice, procedure, guideline, rule, regulation, law, statute, or other source, which you contend, gives rise to the creation of a standard of care. State the facts upon which you rely to support your contention that the defendant committed said breaches. State how you contend that said breaches resulted in plaintiff's injuries. This interrogatory is not limited in scope to customs, policies etc. of the District of Columbia but includes customs, policies etc. from any source which you contend give rise to the establishment of a standard of care. Provide any documents which you contend give rise to the establishment a standard of care.

32. Set forth a description of any and all weapons used in the alleged incident.

33. Identify each and every post order you allege Defendant violated.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

These requests for production of documents are directed to the party identified above. The party so identified is directed to produce the documents requested, along with a written response, to the attorney for the District of Columbia within thirty (30) days after service hereof.

a. These requests are continuing in character, so as to require the service of supplemental responses if further or different documents are obtained prior to trial.

b. Unless otherwise indicated, these requests refer to the time, place, and circumstances of the incident referred to or complained of in the pleadings.

c. Pursuant to SCR-Civ 34(b), documents shall be produced as they are kept in the usual course of business and shall be organized and labeled to correspond with the categories in this request.

## REQUESTS

1. All documents referred to or relied upon by you in the preparation of your answers to the interrogatories propounded herewith.

2. An executed authorization form for all medical and hospital records made after the incident and in the ten years before the incident (authorization form is attached hereto).

3. Any and all notes, memoranda, or other documents reflecting conversations you had with any individual (with the exception of any attorneys) concerning the incident.

4. Any and all notes, memoranda, or other documents you prepared (except those prepared for your attorney) describing or memorializing the incident.

5. Any and all documents that reflect conversations you had with any physicians, assistants, nurses, or other medical personnel at the Maximum Security at or near the time of the incident.

6. Any and all post orders you allege Defendant violated in connection with this incident.

7. Copies of any and all penological guidelines you contend Defendant failed to follow in connection with this incident.

8. Copies of all documents or materials on which your experts will rely in their testimony at trial.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE

Deputy Attorney General
Civil Litigation Division


__/s/ Patricia A. Jones__
PATRICIA A. JONES [428132]
Chief, General Litigation Section IV

__/s/ C. Vaughn Adams__
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W., 6S-066
Washington, D.C. 20001
(202) 724-6519; (202)727-6295
(202) 727-3625 (fax)
corliss.adams@dc.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2008, I served a copy of the foregoing Defendant's First Set of Interrogatories and Request for Production of Documents, by first class mail postage prepaid to:

   Lawrence B. Manley, Esq.
   5900 Princess Garden Parkway, Suite 640
   Lanham, Maryland 20706


__/s/ C. Vaughn Adams__
C. VAUGHN ADAMS [449770

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No: 06-384 (HHK) |
| DISTRICT OF COLUMBIA GOVERNMENT, | ) ) ) ) |
| Defendant. | ) ) |

## AUTHORIZATION

TO WHOM IT MAY CONCERN:

I, the undersigned, hereby authorize any physician or nurse who has attended me, or any hospital at which I have been confined, to furnish representatives of the District of Columbia, with any and all information which may be requested regarding my past or present physical condition and treatment rendered therefor, and to allow the Corporation Counsel and his Assistants, or any physician designated by them, to examine, inspect, photograph, or copy any x-ray pictures taken of me and/or any records and reports which you may have regarding my condition or treatment.  This authorization also covers records maintained by any insurance companies, Medicaid, and Medicare.  It is understood that these documents will be used in connection with the above-entitled matter only.

Date: _____    Print Name: _____

Signature: _____

Social Security No._____

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>GOVERNMENT, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No: 06-384 (HHK) |

TO WHOM IT MAY CONCERN:

I, the undersigned, hereby authorize and permit the District of Columbia, or any of its agents to review, examine, inspect, photograph, or copy any part of any and all of my Federal Income Tax Returns and State or District of Columbia Income Tax Returns, including W-2 forms for the calendar years 1996 through 1999, should this litigation last long enough for 1999 returns to be filed. It is understood that these documents will be used in connection with the above-entitled matter only.

Dated: _____

Printed Name:_____

Signature:_____

Social Security Number: _____

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 06-384 (HHK) |
| DISTRICT OF COLUMBIA GOVERNMENT, | ) |
| Defendant. | ) |

**AUTHORIZATION**

TO WHOM IT MAY CONCERN:

I, the undersigned, hereby certify that the District of Columbia is authorized to receive any and all records pertaining to my past or present employment, including, but not limited to, records as to dates missed from work, salary, reasons for missed work, reasons for termination from employment, disciplinary actions, unemployment records and worker's com-pension records. It is understood that these documents will be used in connection with the above-entitled matter only.

Date:_____                     Printed Name: _____

                                    Signature:_____

                                    Social Security Number: _____