THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No: 06-384 (HHK) |

## NOTICE OF DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that on March, 26, 2008, at 10:00 a.m., Defendant District of Columbia will take the deposition of Plaintiff Antoine Wilkins at the Offices of the Attorney General for the District of Columbia, One Judiciary Square, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C., 20001 for the purpose of discovery and for use as evidence in the above-referenced matter. The party shall bring with him documents necessary to support all allegations in his Complaint, as listed in the attached Exhibit A. The deposition will continue from day to day until concluded, and will be taken before a qualified notary public by sound recording and stenographic means.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

        /s/Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

        /s/C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 727-3625 (fax)
E-mail: corliss.adams@dc.gov

Attorneys for the District of Columbia

Dated: March 13, 2008

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Deposition to Antoine Wilkins was mailed, postage prepaid, this 13th day of March, 2008, to:

    Lawrence B. Manley, Esq.,
    5900 Princess Garden Parkway,
    Suite 640, Lanham, MD 20706.

                              C. VAUGHN ADAMS
                              Assistant Attorney General

# EXHIBIT A

Plaintiff Antoine Wilkins shall bring with him to the above noticed deposition, the following documents and things necessary to support his testimony:

1) Any and all documents used to prepare for your anticipated testimony in the matter of Antoine Wilkins v. District of Columbia

2) Any and all documents which support any claim for damages or liability by Antoine Wilkins in the matter of Antoine Wilkins v. District of Columbia.

3) Any and all documents which describe, investigate or explain the incident in which Antoine Wilkins claims he was stabbed in the D.C. Central Detention Facility.

4) Any and all documents which Antoine Wilkins believes support his claim that the District of Columbia was deliberately indifferent to his health and safety while in the custody of the District of Columbia Central Detention Facility.

5) Any and all documents which discuss, describe or investigate any person or persons who attacked Antoine Wilkins in the D.C. Central Detention Facility.

6) Any and all documents reflecting the criminal history of Antoine Wilkins, including, but not limited to all arrests, charges, convictions, acquittals, incarcerations, sentencing reports and drug tests while on probation or parole or in custody.

7) Any document reflecting any claim for economic loss.

8) Any document reflecting any claim for medical expenses.

9) Any document reflecting any claim for any other form of damages.