**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General

**General Litigation Division**
**Section IV**

March 25, 2008

Lawrence B. Manley, Esq.
Patrick Henry, LLP
5900 Princess Garden Parkway
Lanham, MD 20706

Re:     **Antoine Wilkins v. District of Columbia**

Dear Mr. Manley:

     I am writing concerning a few outstanding discovery matters that require the Plaintiff's prompt attention. Today I received a call from your office informing me that the Mr. Wilkins will not be appearing for his deposition scheduled for tomorrow. Also, we have not yet received any discovery responses from the Plaintiff. I am hoping that we can resolve these problems soon.

     Plaintiff's deposition was noticed on March 13, 2008 after consultation with your office for appropriate dates. As you know, discovery is set to close in this matter on May 7, 2008. We need to reschedule this deposition as soon as possible because my schedule does not have many open dates available between now and the close of discovery. The District of Columbia cannot effectively assess or defend this case without taking the deposition of the Plaintiff. Also, the District propounded interrogatories and requests for production of documents to the Plaintiff on February 22, 2008. We have not received any response as of this date. You promised to have this discovery available at Mr. Wilkins' deposition tomorrow. We will need Plaintiff's discovery responses within 5 business days or we will be forced to move to compel and/or to dismiss for failure to prosecute.

     If there are any further questions, feel free to call me at (202) 724-6519.

Sincerely,

Peter J. Nickles
Interim Attorney General


By: /s/
C. Vaughn Adams
Assistant Attorney General