**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General

**Civil Litigation Division**
**Section IV**



April 7, 2008

Donald Temple, Esq.
Temple Law Offices,
1229 15th Street, NW
Washington, DC 20005

**Re: Wilkins v. District of Columbia, 06-cv- 0384 (HHK)**

Dear Mr. Temple:

    I am writing to inform you that I have not received responses to the District's Interrogatories and Requests for the Production of Documents that were served upon your client on February 22, 2008. Those responses were due on March 22, 2008, and they are now long overdue. Of even more concern is the fact that your client never appeared for his deposition on March 26, 2008, which was noticed on March 13th. I have never been provided with a new date for his deposition availability. I am requesting that Plaintiff's responses to discovery, including a firm date for his deposition be provided to me by close of business on April 17th, 2008. Enclosed with this correspondence is a letter I sent to prior counsel, Lawrence Manley, on March 25, 2008 in an earlier attempt to resolve this dispute. I am also available to discuss this matter with you by phone. Please consider this letter my good faith effort to resolve this matter short of filing of a motion to compel.

Sincerely,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

BY: *[signature]*
C. VAUGHN ADAMS
Assistant Attorney General
(202)442-9840

Encl.