UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE L. WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action 06-00384  (HHK) (DAR) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON

It is this 28th day of April 2008, hereby,

**ORDERED** that the motion entitled DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND TO EXTEND DISCOVERY [#20], docketed April 25, 2008, is referred to United States Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2 (a).  Henceforth, and until this referral is terminated, all filings in this case related to the above-captioned motion shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned judge.  See LCvR 5.1(f).

                                                                    Henry H. Kennedy, Jr.
                                                                    United States District Judge