REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:1983 Civil Rights Act | | | |
|---|---|---|---|---|
| CASE NO:<br>06-cv-00384 | DATE REFERRED:<br>APRIL 28, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>REFERRAL OF MOTION TO COMEL AND ENLARGE DISCOVERY (DOC #20) | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>DEBORAH A. ROBINSON\ |
| PLAINTIFF(S):<br>ANTOINE L. WILKINS | | DEFENDANT(S):<br>DISTRICT OF COLUMBIA | | |
| ENTRIES: | | | | |