THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **ANTOINE WILKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-384 (HHK) |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

PRAECIPE

Defendant District of Columbia, through counsel, hereby withdraws its arguments regarding its Motion to Compel discovery responses from the Plaintiff as the issue is now moot. Plaintiff has responded to the District's discovery request and was deposed in this matter on May 6, 2008. However, the District continues to seek an extension of discovery until July 9, 2008. Plaintiff has now consented to the request to enlarge discovery.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

   */s/Patricia A. Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

      */s/C. Vaughn Adams*
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  corliss.adams@dc.gov