IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANTOINE WILKINS,

        Plaintiff

v.                                          Civil Action No. 1:06cv00384 HHK

DISTRICT OF COLUMBIA,

        Defendant

## PLAINTIFF S 26 (A)(2) STATEMENT

        Please take notice that the Plaintiff intends to rely on the expert testimony of the following witness at the trial of this case:

        E. Eugene Miller
        2501 Q Street, NW
        Washington, DC 20007

Mr. Miller is an expert in the field of penology. He has reviewed the relevant facts and documents in this case. He is expected to testify that the Defendant s conduct on and about June 14, 2005 breached accepted standards of care in the field of penology and proximately caused and contributed to the plaintiff s injuries.

Mr. Miller s report, resume, list of publications, list of prior testimony and rate of compensation are attached hereto as exhibits, in compliance with Rule 26 (a)(2).

                                          Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Donald M. Temple, #408749 | Edward J. Connor #321505 |
| 1229 15th Street, NW | 5210 Auth Raod, #304 |
| Washington, DC 20005 | Camp Springs, MD 20746 |
| (202) 628-1101 | (301) 899-7801 |

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing was electronically served, this 31st day of May, 2008, to: Corliss Vaughn Adams, Esquire, 441 4th Street, NW, Room 600S, Washington, DC 20004.

                                          _____
                                          Edward J. Connor #321505