Case 1:06-cv-00384-HHK-DAR    Document 24-3    Filed 05/31/2008    Page 1 of 8

**E. EUGENE MILLER**
2501 Q Street, N.W.   (202) 965-1307
Suite 309
Washington, D.C. 20007

## EXPERIENCE:

**December 1973 -**  **Criminal Justice Consultant**
**Present**

Services provided include: operational analysis of prison and jail operations in the areas of security, staffing, programs and classification; functional review of architectural designs; staff training; litigation advisor and expert witness.

**July 1984 -**  **Vice President, C.M. Security Products, Inc.**
**April 1992**  Washington, D.C.

In charge of American subsidiary of C.M. Security Group, Ltd. - a manufacturer of building components and security equipment for the corrections and security fields. Specifically responsible for marketing, public relations and administrative functions.

**September 1978 -**  **Director, Criminal Justice Services, The NBBJ Group**
**June 1984**  Seattle, WA

On a consultant basis was responsible for functional aspects of project design (jails, prisons, courts and police facilities) and criminal justice marketing for the firm's offices throughout the nation. Was extensively involved in six projects that were recognized by a joint committee of the ACA/AIA for their functional excellence.

**September 1975 -**  **Faculty member (adjunct), School of Justice, American University**
**December 1979**  Washington, D.C.

Taught one course per semester, The Administration of Correctional Institutions, to undergraduate (primarily in-service) students majoring in criminal justice administration.

**December 1977 -**  **Director, Jail Operations Project, National Sheriffs' Administration**
**August 1978**  Washington, D.C.

Responsible for all aspects of a National Institute of Corrections funded project with five distinct jail-related components.

**Spring 1974**  Co-Director, Advanced Institute of Correctional Administration, American University, Washington, D.C.

In conjunction with a colleague developed the curriculum, selected appropriate instructional and textual materials for and administered and taught a two-week institute for selected criminal justice officials from the federal government, five states, the District of Columbia and Japan.

## EXPERIENCE:
(Continued)

**September 1973 - November 1973**  Superintendent (Acting), Massachusetts Correctional Institution at Norfolk

In charge of total operation of the largest prison in New England with 318 employees and 700 inmates.

**June 1973 - September 1973**  Chief Planner, Impact Program, Massachusetts Department of Corrections

Sole administrator of grant project, comprised of seven distinct parts that were carried out primarily on a sub-contractual basis. Supervised sub-contractors, provided technical assistance to them and coordinated with state and federal granting officials.

**September 1972 - June 1973**  Assistant Professor, Department of Administration of Justice and Public Safety, Virginia Commonwealth University, Richmond, VA

Taught all corrections courses offered by the department. Initiated and developed special projects with correctional agencies, including a three-day workshop for correctional officers selected from throughout the Virginia state prison system.

**May 1970 - July 1972**  Correctional Facilities Administrator, Alaska Division of Corrections Juneau, AK

Was responsible for total operation and coordination of six adults and two juvenile institutions. Also developed and administered federal grants and a capital projects budget. Supervised and enforced contracts with local jails; handled interstate institutional placement of adults; and, provided consultant services to local communities.

**September 1970 - December 1970**  Faculty member (adjunct), Juneau-Douglas Community College Juneau, Alaska

Taught a course in Criminology.

**February 1968 - May 1970**  Administrator, Women's Detention Center, District of Columbia Department of Corrections, Washington, D.C.

Was responsible for the complete operation of jail with staff of 65, 2,500 admissions per year. Also responsible for supervision of female parolees.

**EXPERIENCE:**
(Continued)

| | |
|---|---|
| September 1965 - February 1968 | **Program Development Specialist, District of Columbia Department of Corrections, Washington, D.C.** |

Successfully completed a wide variety of research, evaluation and sensitive "special" projects in support of the activities of the Assistant Director for Treatment and, subsequently, the Assistant Director for Planning and Research. Also coordinated with various District of Columbia and Federal agencies and professional organizations.

| | |
|---|---|
| January 1967 - February 1967 | **Consultant, District of Columbia Board of Parole Washington, D.C.** |

On loan from Department of Corrections to conduct management analysis of all administrative policies and procedures and to recommend and, in several instances, institute constructive changes.

| | |
|---|---|
| November 1964 - September 1965 | **Education Director, Bucks County Prison Doylestown, PA** |

On a volunteer basis planned, developed and implemented an education program at two adult institutions (a county jail and its separate work release center). Also carried a counseling caseload at the jail.

| | |
|---|---|
| September 1964 - July 1965 | **Teacher, Solebury School New Hope, PA** |

Taught Latin and Greek to high school students and also coached soccer and basketball.

**PUBLICATIONS:**                                   **BOOKS**

Corrections in the Community, co-authored with M. Robert Montilla, Reston Publishing Company, February, 1977.

Jail Management, D.C. Heath and Company, Lexington Books, June, 1978.

**MONOGRAPHS**

A Handbook on Jail Programs, co-authored with James E. Murphy, National Sheriffs' Association, 1974.

A Directory of State Jail Inspection Programs, with Glen D. Skoler, National Sheriffs' Association, June, 1978.

## PUBLICATIONS
(Continued)

### ARTICLES

"Education at the Bucks County Prison", American Journal of Corrections, March - April, 1967.

"Continuity of Treatment in the District of Columbia", Correctional Psychologist, January - February, 1968.

"Changing Times", co-authored with John D. Case, National Jail Association Newsletter, January - February, 1968.

"The Women Participants in Washington's Riots", Federal Probation Quarterly, June, 1969.

"New Perspectives in the Education of Female Prisoners", co-authored with Rebecca Hughes, Journal of Correctional Education, Summer, 1969.

"Jails in Alaska", National Jail Association Newsletter, March - April, 1972.

"Ohio's Jail Dilemma", (Ohio) Cities & Villages, August, 1979.

"The New Jail Myth", American Jail Association's The Report, Winter, 1981.

"The People's Republic of China: Successful Reintegration", Corrections Today, December, 1982.

"Prison Industries in the People's Republic of China", The Prison Journal, Autumn - Winter, 1982.

"Good News/Bad News About Jails", Kentucky Associations' of Counties, County Viewpoint, August - September, 1983.

"New Building Approach for Correctional Facilities Does Not Sacrifice Security", co-authored with K. L. McReynolds, Corrections Digest, March 13, 1985.

"Innovative Expansion", co-authored with K. L. McReynolds, Corrections Today, April, 1986.

"Fire Deaths Result from Officer Carelessness, You Can Avoid Fatalities", Keepers' Voice, August, 1986.

"Rebuilding the Past - Renovation is a Viable Option", co-authored with Charles W. Cansfield, Corrections Today, July, 1987.

"Pretrial Detention in Papua New Guinea", American Jails, Fall, 1989.

**PUBLICATIONS:**
(Continued)

**ARTICLES**
(Continued)

"Corrections in Czechoslovakia", <u>American Jails</u>, March/April, 1991.

"Juvenile Justice in Germany", <u>Corrections Today</u>, April, 1991.

"Adult Detention in Vienna", <u>American Jails</u>, May/June, 1991.

**PROFESSIONAL AFFILIATIONS:**

* Active member of American Correctional Association, the American Jail Association and The National Sheriffs' Association.

* Member, Subcommittee on Life Safety in Detention and Correctional Occupancies, Life Safety Committee, National Fire Protection Association, 1982 - Present.

* Member, Committee on Technology in Corrections, American Correctional Association, 1982 - 1984.

* Member, Committee on Adult Local Detention Facilities, American Correctional Association, 1988 - 1990.

* Member, Committee on Design and Technology, American Correctional Association, 1991 - ~~Present~~/1993.

* Former member of the Board of Directors of the National Jail Association (six terms) and the Western Correctional Association (one term).

* Member, Board of Directors, Washington Halfway Home for Women, Washington, D.C., 1983 - ~~Present~~ /1992. President, 1985. (The Halfway House is accredited by the American Correctional Association).

* Listed in "Outstanding Young Men of America", 1976, 1978.

* Listed in "Who's Who in American Business Leaders", 1991, 1992.

## INTERNATIONAL EXPERIENCE

* Have visited prisons and/or jails in the following countries: Australia, Austria, Canada, China, Czechoslovakia, Germany, Hungary, Papua New Guinea and Singapore, ET AL.

* Member of United States delegation to international corrections conference in Sydney, Australia, 1988.

## EDUCATION

M.S., Correctional Administration, American University, Washington, D.C., 1969.

M.A., Classical Languages, University of Wisconsin, Madison, WI, 1964

A.B., Classical Languages, College of the Holy Cross, Worcester, MA, 1963

In addition, have completed successfully numerous specialized institutes and courses in various aspects of correctional administration and public administration. Also participate in the principal conferences in the corrections field.

## ADDITIONAL PUBLICATIONS

### BOOK REVIEW

*Counties in Court: Jail Overcrowding and Court-Ordered Reform*, Wayne N. Welsh (author), reviewed in *American Jails*, January - February, 1997.

### ARTICLES

"Must the Buyer Beware?", *American Jails*, January - February, 1995.

"Changes at the Store: Has Your Commissary Kept Up with Population Changes?", *American Jails*, November - December, 1996.

"How to Make Better Purchasing Decisions", *Corrections Managers' Report*, August - September, 1997.

"Detention in South Africa", *American Jails*, September - October, 1997.

"Problems with 'Time-Clock' Supervision of Inmates", *Corrections Managers' Report*, December, 1997 - January, 1998.

"Prisons in South Africa", *American Jails*, January - February, 1998.

"Fine-Tuning a New Jail Design", *Corrections Managers' Report*, October - November, 1998.

"A Magic Wand for Inmate Supervision", *Correctional Security Report*, April - May, 1999.

"New Restraint Devices: A Cautionary Perspective", *Correctional Security Report*, June - July, 1999.

"Making More Use of Information to Improve Security and Accountability", *Correctional Security Report*, August - September, 1999.

"Common Jail Training Oversights", *Correctional Managers' Report*, October/November, 2001.

"What is the Score on Jail Classification?", *Corrections Managers' Report*, February - March, 2002.

"Mali's Unusual Jail", *American Jails*, May - June, 2002.