CASES IN WHICH E. EUGENE MILLER HAS
TESTIFIED AT TRIAL IN THE LAST FOUR YEARS

| DATE | CASE | COURT | JUDGE |
|---|---|---|---|
| 11/03 | *Malik Jarno v. Warren Lewis, et al.* | U.S.Dist.Ct., Alexandria, VA | Brinkema |
| 06/05 | *Prison Legal News v.*<br>*James v. Crosby, et al.* | U.S.Dist.Ct., Jacksonville, FL | Moore |
| 02/06 | *United States v. Virgin Islands* | U.S.Dist.Ct., St. Croix, VI | Cannon<br>(Magistrate) |
| 10/07 | *Hawa Abdi Jama v.*<br>*Esmor Correctional Services, Inc., et al.* | U.S.Dist.Ct., Newark, NJ | Debevoise |

### CASES IN WHICH E. EUGENE MILLER HAS BEEN DEPOSED IN THE LAST FOUR YEARS

| DATE | CASE | COURT |
|---|---|---|
| 05/11/05 | *Prison Legal News v. James V. Crosby, et al.* | U.S.Dist.Ct., Jacksonville, FL |
| 05/18/06 | *Hawa Abdi Jama, et al. v. United States, et al.* | U.S.Dist.Ct., Newark, NJ |
| 10/06/06 | *Flossie Isby v. Hugh Smith, et al.* | U.S.Dist.Ct., Statesboro, GA |
| 08/22/07 | *Matthew Ingram v. District of Columbia* | U.S.Dist.Ct., Washington, DC |
| 09/11/07 | *Melissa Rodriguez, et al v. State of Maryland, et al.* | U.S.Dist.Ct., Baltimore, MD |
| 10/29/07 | *Jennifer A. Durham v. District of Columbia* | U.S.Dist.Ct., Washington, DC |
| 11/09/07 | *Beverly Forde v. Donna Zickefoose* | U.S.Dist.Ct., New Haven, CT |
| 05/02/08 | *Navdeep Singh v. Glenn S. Goord, et al.* | U.S.Dist.Ct., New York, NY |
| 05/12/08 | *Dana C. Jones v. Al Lamberti, et al.* | U.S.Dist.Ct., Ft. Lauderdale, FL |