THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No: 06-384 (HHK)(DAR) |

JOINT MOTION TO ENLARGE TIME FOR DISCOVERY AND RESCHEDULE
DISPOSITIVE MOTIONS' DEADLINE

Plaintiff Antoine Wilkins and Defendant District of Columbia, by and through counsel, herein move the Court pursuant to Fed. R. Civ. P. 6(b)(1) to enlarge time for discovery, including the filing of dispositive motions. In support of their motion, the parties state as follows:

1. This case involves plaintiff's claims against the District of Columbia for alleged negligence and alleged violations of his constitutional rights pursuant to 42 U.S.C. § 1983. While in the custody of the District of Columbia, plaintiff Antoine Wilkins was stabbed by George Foreman, a fellow inmate. See Pls.' Complaint, generally.

2. By Memorandum Order dated February 19, 2008 (Docket entry # 94), this Court granted the District defendant's Motion to Reopen Discovery and Motion for Leave to Take Plaintiff's Deposition and extended the dispositive motion deadline. Subsequently, the Court extended the deadline to complete discovery by Minute Orders

dated February 20, 2008 and May 8, 2008. Pursuant to those orders, discovery is scheduled to be closed by June 6, 2008.

3. On April 3, 2008, Plaintiff's prior counsel filed a Motion to Withdraw as Attorney. This Court grant Plaintiff's motion to withdraw by Minute Order dated April 4, 2008.

4. Plaintiff's new counsel undertook discovery efforts limited by a short time window before the June 6, 2008, deadline.

5. Plaintiff's case has experienced forgivable delay regarding unresolved lapses in discovery efforts by prior counsel.

6. In an effort to complete discovery in a timely fashion, new counsel filed notice of intent to rely upon expert testimony. See Pls' Rule 26 (a)(2) Statement filed May 31, 2008, docket entry #24. However, the existing discovery schedule does not take into account the need for expert discovery.

7. Due to the delays associated with the withdrawal of prior counsel, both parties have been unable to complete adequate discovery. Both parties have outstanding discovery which will prove essential to the case at trial.

8. Due to the unexpected filing of Plaintiff's Rule 26 (a)(2) Statement, Defendants have not yet obtained expert discovery to rebut the reports and testimony set forth by Plaintiff's expert.

9. Due to the aforementioned lapses by prior counsel, Plaintiff has been unable to depose certain potential witnesses, including Officer Kirkland Marion, a guard at the D.C. correctional facility at the time of the incident in question.

10. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion…(1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…."

11. This motion is being filed prior to the expiration of the discovery close date and otherwise meets the requirements of Rule 6(b)(1).

12. The parties request that the following schedule govern the remainder of this litigation:

(a) Expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B)     June 6, 2008

(b) Defendant's disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B) July 7, 2008

(c) Rebuttal expert disclosure pursuant to
    Fed. R. Civ. P. 26(a)(2)(C), if any     July 21, 2008

(d) Close of expert (and all) discovery     August 6, 2008

(e) Dispositive Motions     August 21, 2008

(f) Oppositions     September 4, 2008

(g) Replies     September 11, 2008

WHEREFORE, the parties hereby move this Court to grant their motion to enlarge discovery, and to enlarge the time to file dispositive motions.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

                /s/
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    /s/ C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295


          /s/
Donald Temple, [408749]
Temple Law Offices,
1229 15th Street, NW
Washington, DC 20005
Counsel for Plaintiff

          /s/
Edward J. Connor, [321505]
5210 Auth Road, #304
Camp Springs, MD 20746
(301) 899-7801
Counsel for Plaintiff


Local Rule 7(m) Certification

I do hereby certify that on June 5, 2008, the parties discussed the relief sought herein during a telephone conference, and parties agreed to the schedule set forth herein.

                /s/
C. VAUGHN ADAMS
Assistant Attorney General

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-384 (HHK)(DAR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

THE PARTIES' MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT
OF THEIR JOINT MOTION TO ENLARGE TIME FOR DISCOVERY AND
RESCHEDULE DISPOSITIVE MOTIONS' DEADLINE

In support of their Motion, the parties rely upon the following list of authorities:

1. Fed. R. Civ. P. 6(b)(1);

2. The Court's discretion and equitable powers.

3. The parties' consent.

                      Respectfully submitted,

                      PETER J. NICKLES
                      Interim Attorney General for the District of Columbia

                      GEORGE C. VALENTINE
                      Deputy Attorney General, D.C.
                      Civil Litigation Division

                      _____/s/_____
                      PATRICIA A. JONES [428132]
                      Chief, General Litigation Sec. IV

       /s/ C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295


_____/s/_____
Donald Temple, [408749]
Temple Law Offices,
1229 15th Street, NW
Washington, DC 20005
Counsel for Plaintiff

_____/s/_____
Edward J. Connor, [321505]
5210 Auth Road, #304
Camp Springs, MD 20746
(301) 899-7801
Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **ANTOINE WILKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No: 06-384 (HHK)(DAR)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

ORDER

Upon consideration of Plaintiff Antoine Wilkins and Defendant District of Columbia's Joint Motion to Enlarge Discovery and Reschedule Dispositive Motions' Deadline, it is this ___ day of _____, 2008, hereby,

ORDERED: that the joint motion is hereby granted for the reasons set forth therein; and it is,

FURTHER ORDERED: that the following schedule shall govern the remainder of this litigation:

(a) Expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B)     June 6, 2008

(b) Defendants disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B) July 7, 2008

(c) Rebuttal expert disclosure pursuant to
    Fed. R. Civ. P. 26(a)(2)(C), if any              July 21, 2008

(d) Close of expert (and all) discovery             August 6, 2008

(e) Dispositive Motions                             August 21, 2008

(f) Oppositions September 4, 2008

(g) Replies September 11, 2008

_____
Judge