THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
|        v. | )   Civil Action No: 06-384 (HHK)(DAR) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
|        **Defendant.** | ) |
| _____ | ) |

DEFENDANT'S CONSENT MOTION TO ENLARGE TIME FOR EXPERT
DISCLOSURES AND TO TAKE EXPERT DEPOSITIONS

     Defendant District of Columbia, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), and with the consent of Plaintiff, hereby moves this Court to amend the Scheduling Order entered by the Court on May 14, 2008 (Docket entry 11), to allow the Defendant additional time in which to produce its expert report and take expert depositions. The grounds for this motion are as follows:

     1.    This case involves plaintiff's claims against the District of Columbia for alleged negligence and alleged violations of his constitutional rights pursuant to 42 U.S.C. § 1983. While in the custody of the District of Columbia, plaintiff Antoine Wilkins was stabbed by George Foreman, a fellow inmate. See Pls.' Complaint, generally.

     2.    The Scheduling Order (since amended, See Docket entry 25) sets forth a deadline of July 21, 2008, for the defendant to present its 26(a)(2) Statement and expert reports to the Plaintiff. For the reasons explained below, however, this deadline will not be met.

3. The defendant has identified one (1) expert, Mr. Patrick W. Keohane, to assist it in defending this matter and has submitted a purchase order for the purpose of retaining Mr. Keohane. However, due to budgetary and statutory constraints, administrative backlogs, the Fourth of July holiday, defendant has experienced numerous delays in obtaining an approved purchase order to retain its expert. Defendant District of Columbia is prohibited from engaging the services of a vendor such as an expert without an approved purchase order. See, The Anti Deficiency Act, D.C. Official Code § 47-355.02. Defendant needs additional time to properly retain Mr. Keohane and permit him adequate time to prepare his report.

4. In addition to time for defendant to properly retain and prepare its expert report, both parties will still need time to schedule and conduct expert depositions.

5. While the current Scheduling Order provides that defendant's expert report be disclosed by July 21, 2008, the District requests that the time for it to produce expert reports be enlarged to September 21, 2008, and that the other corresponding dates be pushed back accordingly with the deadline for the close of all discovery set for October 6, 2008.  No party will be unduly prejudiced should be requested relief be granted.

> 6. Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

2

7.    The defendant believes that it has met the requirements of Rule 6, and good cause exists for the relief herein requested.  Additionally, plaintiff has consented to the requested relief.

WHEREFORE, the District respectfully requests the Court to approve the attached Proposed Amended Scheduling Order extending time for the District to prepare its expert report and for the parties to take expert depositions.

>                    Respectfully submitted,
>
>                    PETER J. NICKLES
>                    Acting Attorney General for the District of Columbia
>
>                    GEORGE C. VALENTINE
>                    Deputy Attorney General, D.C.
>                    Civil Litigation Division
>
>
>                            /s/
>                    _____
>                    PATRICIA A. JONES [428132]
>                    Chief, General Litigation Sec. IV
>
>                       /s/ C. Vaughn Adams
>                    _____
>                    C. VAUGHN ADAMS [449770]
>                    Assistant Attorney General
>                    441 4th Street, N.W.
>                    Sixth Floor South
>                    Washington, D.C. 20001
>                    (202) 724-6519; (202) 727-6295

<u>Local Rule 7(m) Certification</u>

I do hereby certify that on July 16, 2008, the parties discussed the relief sought herein during a telephone conference, and the parties agreed to the schedule set forth the proposed Order.

                                                  /s/
                                     C. VAUGHN ADAMS
                                     Assistant Attorney General

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No: 06-384 (HHK)(DAR) |

### DEFENDANT'S CONSENT MOTION TO ENLARGE TIME FOR EXPERT DISCLOSURES AND TO TAKE EXPERT DEPOSITIONS

The District of Columbia submits and relies upon the following authorities in support of its Consent Motion to Enlarge Time for Expert Disclosure and to Take Expert Depositions:

1. Fed. R. Civ. P. 6(b)(1);

2. Fed. R. Civ. P. 26(a)(2)(B)

3. The Anti-deficiency Act, D.C. Official Code § 47-355.02

4. The Court's discretion and equitable powers.

5. Plaintiff's consent.

6. The record herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

____/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

6

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTOINE WILKINS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 06-384 (HHK)(DAR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**AMENDED SCHEDULING ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Enlarge Time for Expert Disclosure and to Take Expert Depositions, and the record herein, it is this ____ day of _____, 2008,

. ORDERED:

    1.    That the motion is hereby granted for the reasons set forth therein; and

    2.    That the District shall make its expert disclosures on or before September 21, 2008; and

    3.    All discovery, including expert depositions, shall be completed on or before October 6, 2008.

    **SO ORDERED**.

_____
Judge